# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2022 WY 6

*October Term, A.D. 2021*

**January 12, 2022**

|  |  |
|---|---|
| **MARTIN JAMES PETERSON,** | |
| **Appellant**<br>**(Defendant),** | |
| **v.** | **S-21-0198** |
| **THE STATE OF WYOMING,** | |
| **Appellee**<br>**(Plaintiff).** | |

## ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

[¶1]    **This matter** came before the Court upon its own motion following the filing of the *Pro Se* Brief of Appellant.   Pursuant to a plea agreement, Appellant entered an unconditional guilty plea to one count of failure to register as a sex offender, a subsequent offense.  Wyo. Stat. Ann. § 7-19-302; § 7-19-307(d).  The district court imposed a six to eight-year sentence.  Appellant filed this appeal to challenge the district court's April 16, 2021 Judgment and Sentence.

[¶2]    On November 29, 2021, Appellant's court-appointed appellate counsel filed a Motion to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967).  This Court subsequently ordered that Appellant may "file with this Court a *pro se* brief which specifies the issues for the Court to consider in this appeal."  This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would "make its ruling on counsel's motion to withdraw, and if appropriate, make a final decision" on this appeal.  Appellant filed his *Pro Se* Brief of Appellant December 16, 2021.

[¶3]    Now, following a careful review of the *pro se* brief, the record, and the *Anders* brief submitted by appellate counsel, this Court finds that appellate counsel's motion to

withdraw should be granted and the district court's Judgment and Sentence should be affirmed.  It is, therefore,

[¶4]    **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Martin James Peterson, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]    **ORDERED** that the Sweetwater County District Court's April 16, 2021 Judgment and Sentence be, and the same hereby is, affirmed.

[¶6]    **DATED** this 12th day of January, 2022.

**BY THE COURT:**

/s/

**KATE M. FOX**
**Chief Justice**
